# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ISAAC E. GOODWIN,               :

    Plaintiff,                  :

vs.                             :       CA 05-0079-C

JO ANNE B. BARNHART,            :
Commissioner of Social Security,
                                :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 4 hours of service by Colin E. Kemmerly, Esquire, at the market rate of $125.00 an hour.

**DONE** this the 20th day of December, 2005.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**